THOMAS L. PARKER, Jr., et al., Respondents, *v.* MARTIN W. BRETT et al., Appellants.

(Argued November 14, 1872; decided November 19, 1872.)

DECIDED upon the evidence, and upon questions as to the reception and rejection of evidence.

*William G. Cooke* for the appellants.

*E. C. Benedict* for the respondents.

PECKHAM, J., reads opinion for affirmance.
All concur.
Judgment affirmed.